On rehearing the department contends that the trial court erroneously included Albert Wendell Calloway within the group of teachers whose claims were remanded to the department for administrative hearings. In other words, using the terminology of this court's opinion, the department contends that Calloway should be included within group one rather than group two After reviewing the record, this court concludes that the department is correct. The record reveals that Calloway received the same administrative action as did all the members of group one. This administrative action consisted of a hearing before an appeals referee, an appeal to the Board of Appeals and an affirmance of the appeals referee by the Board of Appeals. Just as with the members of group one, Calloway failed to timely appeal the Board of Appeals' decision to the circuit court. Thus, Calloway's appeal should have been dismissed Consequently, that portion of the trial court's decision which required administrative hearings for Albert Wendell Calloway is reversed. The remainder of the trial court's decision is affirmed in accord with this court's opinion
OPINION EXTENDED; APPLICATION FOR REHEARING OVERRULED
WRIGHT, P.J., and BRADLEY, J., concur